IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOE HENRY SCOTT, III,          :
                               :
    Plaintiff,                 :
                               :
vs.                            :   CIVIL ACTION 09-0609-WS-M
                               :
WALTER MYERS, et al,           :
                               :
    Defendants.                :

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

    DONE this 22nd day of March, 2010.

                                        S/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE